23 P.3d 743

# SUPREME COURT OF HAWAI'I

**March 20, 2001**

| 23392 | Doe, In re | | Affirmed |
|-------|------------|---|----------|

**April 26, 2001**

| 23131 | State v. Nunez | Dismissed |
|-------|----------------|-----------|

**May 1, 2001**

| 23208 | State v. Kaua | Affirmed |
|-------|---------------|----------|

**May 9, 2001**

| 23496 | Doe Children, In re | Affirmed |
|-------|---------------------|----------|
| 21896 | Goss v. Keahialaka | Affirmed |

**May 11, 2001**

| 23641 | State v. Stephenson | Affirmed |
|-------|---------------------|----------|

**May 18, 2001**

| 22869 | Nobriga v. Delta Airlines, Inc. | Affirmed |
|-------|----------------------------------|----------|

**May 21, 2001**

| 22897 | State v. Faria | Affirmed |
|-------|----------------|----------|